# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ERIC LASHAWN JELKS,** ) | |
| ) | |
| **Petitioner** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 4:10-CV-413-VEH-HGD** |
| **WARDEN BOYD and THE** ) | |
| **ATTORNEY GENERAL OF** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents** ) | |

## MEMORANDUM OPINION

On September 14, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Petitioner obtained an extension of time, to October 28, 2011, in which to file objections. To date, no objections have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this the 13th day of June, 2012.

_/s/ VEHopkins_
**VIRGINIA EMERSON HOPKINS**
United States District Judge